FILED

2020 Jun-02  PM 04:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| EARNEST JAMES FILES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:20-cv-00281-RDP-HNJ** |
| | ) | |
| STEVEN DALE GIDDENS, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OPINION

On May 7, 2020, the Magistrate Judge entered a Report and Recommendation that this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 5). Although the magistrate judge advised Plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court finds the Magistrate Judge's Report is due to be **ADOPTED** and the Recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this June 2, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE